**Order filed February 14, 2012**



In The

# Fourteenth Court of Appeals

### NO. 14-10-00977-CR

**PHILLP WAYNE HARRIS, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 178th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1208620**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit #25.**

The clerk of the 178th District Court is directed to deliver to the Clerk of this court the original of State's Exhibit #25, on or before **February 27, 2012.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit #25, to the clerk of the 178th District Court.

PER CURIAM